**2010–0854. State v. Kirkland.**
Hamilton C.P No. B0901629. This cause came on for further consideration upon the filing of appellant's motion to substitute counsel of Rachel Troutman, Tyson Fleming, and Elizabeth Arrick for Herbert E. Freeman and Bruce K. Hurst. It is ordered by the court that the motion is granted.

**2014–0309. Mast v. Holmes Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–1771. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand to the Ohio Board of Tax Appeals to implement a settlement agreement, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

## DISCIPLINARY CASES

**2013–1885. Cleveland Metro. Bar Assn. v. Brown.**
This cause is pending before the court upon the filing of a certification of default by the Board of Commissioners on Grievances and Discipline.

Upon consideration of relator's motion to initiate default proceedings, it is ordered by the court that the motion is granted. This matter is remanded to the board for further proceedings under Gov.Bar R. V(6a)(7).

The court further orders that the interim default-judgment suspension imposed against respondent on January 8, 2014, shall remain in place while this matter is pending before the board. Proceedings before this court in this case are stayed until further order of this court.

## CASE ANNOUNCEMENTS

*June 5, 2014*

[Cite as *06/05/2014 Case Announcements*, 2014-Ohio-2379.]

## MOTION AND PROCEDURAL RULINGS

**2013–1574. Fondessy v. Simon.**
Ottawa App. No. OT–11–041, 2013-Ohio-3465. This cause is pending before the court as an appeal from the Court of Appeals for Ottawa County.

Upon consideration of appellant's emergency motion for continuance of oral argument scheduled for Wednesday, June 11, 2014, it is ordered by the court that the motion is granted. Oral argument will be rescheduled at a later date.

**2013–2028. George v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–460. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand to the Board of Tax Appeals to implement a settlement agreement, it is ordered by the court that the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.